UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS CHARLES DANIELS, | No. C 10-415 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT K. WONG, warden, | |
| Respondent. | |

This action is dismissed because it duplicates another pending action.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 30, 2010

SUSAN ILLSTON
United States District Judge